Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
PO Box 98
Summertown, TN 38483
Telephone: 931-964-3123
Fax: 931-964-3127
Attorneys for Plaintiff

FILED'06 SEP 15 16:59USDC-ORP

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| KENNETH MARTIN O/B/O<br>PIETRINA MARTIN<br><br>  Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART<br>Commissioner of Social Security,<br><br>  Defendant. | CV 05-6074-HA<br><br>ORDER FOR EAJA<br>ATTORNEY FEES |

Based upon the stipulation of the parties, the Commissioner is ordered to pay $3,696.87 for Equal Access to Justice Act (EAJA) attorney fees, $25.00 in expenses and $250 in costs to Plaintiff in care of Plaintiff's attorney.

It is so ordered:

DATED 9/15/06

United States District Court Judge

Prepared as to form

/s/   Alan Graf
Attorney for Plaintiff

ORDER